**Electronically Filed
Intermediate Court of Appeals
30006
07-AUG-2013
08:54 AM**

NO. 30006

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I


In the Matter of the Application of
THE TRUSTEES UNDER THE WILL AND OF THE
ESTATE OF JAMES CAMPBELL, DECEASED,
to register and confirm title to land
situated at Kahuku, District of Ko‘olau Loa,
City and County of Honolulu, State of Hawai‘i


APPEAL FROM THE LAND COURT OF THE STATE OF HAWAI‘I
(LAND COURT NO. 08-0054, APPLICATION NO. 1095)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Opinion of the court, filed on June 13, 2013, is hereby corrected as follows:

1.    On page 2, in the second line of footnote 1, the year "(1987)" should be added at the end of the case citation so that as corrected, the text reads: ". . . 737 P.2d 446, 450 (1987), . . . ."

2.    On page 2, in the third line of footnote 2, the word "at" should be replaced with "as" so that as corrected, the text reads: ". . . we will refer to both as the "Land Court.""

3.    On page 4, in the second line of the full paragraph after the indented text, the comma between "550" and "were" should be deleted, so that as corrected the text reads: ". . . and Grant No. 550 were subject . . . ."

-----

[1] Nakamura, Chief Judge, Foley, J., and Circuit Judge Castagnetti, in place of Fujise, Leonard, Reifurth and Ginoza, JJ., all recused.

4.   On page 7, in the second line of the full paragraph after the indented text, the word "water" should be replaced with "waters" so that as corrected, the text reads: ". . . for the free flowage of waters concerning . . . ."

5.   On page 7, in the third line of text from the bottom of the page, the extra beginning quotation mark before the word "Findings" should be deleted so that as corrected the text reads: ". . . its "Findings of Fact, . . . ."

6.   On page 10, in the nineteenth line, the word "provides" should be replaced with "provided" so that as corrected, the text reads: ". . . provided in relevant . . . ."

7.   On page 13, in the thirteenth line, the word "it" should be replaced with "its" so that as corrected, the text reads: "In support of its holding, . . . ."

8.   On page 16, in the fourth line from the bottom of the page, the case name "<u>Koestner</u>" is misspelled and should be replaced with "<u>Koester</u>" so that as corrected, the text reads: ". . . unlike in <u>Koester</u>, . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, August 7, 2013.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

2